UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RHONDA HENSLEY-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:16-CV-0131-LJM-MPB |
| ) | CASE NO. 1:16-CV-0132-LJM-MPB |
| INDIANA MASONIC HOME, INC. ) | CASE NO. 1:16-CV-1808-LJM-MPB |
| and CHAD DAVIS, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Stipulation of Dismissal with Prejudice submitted by the parties to this action, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that the above-cited cases are dismissed <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

IT IS SO ORDERED this 22d day of November, 2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Joseph.Pettygrove@FaegreBD.com
Ryan.Funk@FaegreBD.com
Tae@sturelaw.com

US.109020552.01